# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00728-CR

**Artavis Edwards, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. 745061, HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Artavis Edwards seeks to appeal a judgment of conviction for driving while intoxicated. The trial court has certified that this is a plea bargain case and Edwards has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   January 8, 2007

Do Not Publish